Company Consumer Inquiry for the State of Colorado

Displaying 1 - 1 (of 1 matching records)                                   Page 1 of 1

**Travelers Personal Insurance Company**
*One Tower Square, Ms08a*
*HARTFORD, CT 06183*
**Phone** :  860-277-1248
**Domicile State** :  Connecticut  **NAIC ID** :  38130   **Status Date** :  03-12-2008
**Active Company Type(s)** :  Multiple Line

Displaying 1 - 1 (of 1 matching records)                                   Page 1 of 1

Revise Inquiry

Home | News | State Information | NAIC Information | Privacy | Terms of Use | Help | FAQ

Copyright © 1998-2020 Sircon Corp. | Email Support | 877-876-4430 | 1500 Abbot Rd Ste.100 | East Lansing, MI 48823

**Exhibit 1**